# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **LIZETTE RODRIGUEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17cv00231 |
| | § | |
| **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,** | § § § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Lizette Rodriguez and Defendant Allstate Fire and Casualty Insurance Company file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

### I.

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiff no longer desires to prosecute this suit against Defendants. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

### II.

Plaintiff and Defendant move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiff's right to refile same.

Respectfully submitted,

 /s/ J. Scott Mechler *
J. Scott Mechler
State Bar No. 24055952
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
scott.mechler@krwlawyers.com
**ATTORNEYS FOR PLAINTIFF**

**\*signed with permission**


*/s/ Brandt R. Johnson*
Roger D. Higgins
State Bar No. 09601500
Brandt R. Johnson
State Bar No. 00794030
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:    (214) 871-8209
rhiggins@thompsoncoe.com
brjohnson@thompsoncoe.com
**ATTORNEYS FOR DEFENDANT
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2018, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Texas Rules of Civil Procedure:

J. Scott Mechler
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Brandt R. Johnson*
Brandt R. Johnson