IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LIZETTE RODRIGUEZ,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17cv00231 |
| **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,** | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Lizette Rodriguez and Defendant Allstate Fire and Casualty Insurance Company Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 8th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

**ORDER – Page 1**
6030970v1
03646.970

**AGREED AS TO FORM AND CONTENT:**

/s/ *J. Scott Mechler* *
J. Scott Mechler
State Bar No. 24055952
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
scott.mechler@krwlawyers.com
**ATTORNEYS FOR PLAINTIFF**

**\*signed with permission**

/s/ *Brandt R. Johnson*
Roger D. Higgins
State Bar No. 09601500
rhiggins@thompsoncoe.com
Brandt R. Johnson
State Bar No. 00794030
brjohnson@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
**ATTORNEYS FOR DEFENDANT
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY**