IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LIZETTE RODRIGUEZ,　§<br>　　Plaintiff,　　　　§<br>　　　　　　　　　　§<br>v.　　　　　　　　　§<br>　　　　　　　　　　§<br>ALLSTATE FIRE AND CASUALTY §<br>INSURANCE COMPANY,　§<br>　　Defendants.　　§ | EP-17-CV-231-DB |

### FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case.  The Court now enters Final Judgment under Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **8th** day of **June 2018**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE